Model Plan  
11/22/2013

Trustee: ☐ Marshall  ☐ Meyer  
☑ Stearns  ☐ Vaughn

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re:** ) | **Case No.** 15-30220 |
| ) | |
| **Bobby D. Brown** ) | |
| ) | |
| **Debtors.** ) | **Modified Chapter 13 Plan, dated** January 14, 2016 |

☑   A check in this box indicates that the plan contains special provisions, set out in Section G. Otherwise, the plan includes no provisions deviating from the model plan adopted by the court at the time of the filing of this case.

**Section A.**  
*Budget items*

1. As stated in the debtor's Schedule I and J, (a) the number of persons in the debtor's household is **5**; (b) their ages are **3 Adults & 2 Minor Children**; (c) total household monthly income is $ **4,419.68**; and (d) total monthly household expenses are $ **4,065.00**, leaving $ **354.68** available monthly for plan payments.

2. The debtor's Schedule J includes $ **N/A** for charitable contributions; the debtor represents that the debtor made substantially similar contributions for **N/A** months prior to filing this case.

**Section B.**  
*General items*

1. The debtor assumes all unexpired leases and executory contracts listed in Section G of this plan; all other unexpired leases and executory contracts are rejected. Both assumption and rejection are effective as of the date of plan confirmation.

2. Claims secured by a mortgage on real property of the debtor, set out in Section C or in Paragraph 2 of Section E of this plan, shall be treated as follows:

(a) *Prepetition defaults.* If the debtor pays the cure amount specified in Paragraph 5 of Section E, while timely making all required postpetition payments, the mortgage will be reinstated according to its original terms, extinguishing any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition.

(b) *Costs of collection.* Costs of collection, including attorneys' fees, incurred by the holder after the filing of this bankruptcy case and before the final payment of the cure amount specified in Paragraph 5 of Section E may be added to that cure amount pursuant to order of the court on motion of the holder.

3. The holder of any claim secured by a lien on property of the estate, other than a mortgage treated in Section C or in Paragraph 2 of Section E, shall retain the lien until the earlier of (a) payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328, at which time the lien shall terminate and be released by the creditor.

4. The debtor shall retain records, including all receipts, of all charitable donations listed in Schedule J.

**Section C.**
*Direct payment of claims by debtor*

☐ The debtor will make no direct payments to creditors holding prepetition claims. /or/

☑ The debtor will make current monthly payments, as listed in the debtor's Schedule J--increased or decreased as necessary to reflect changes in variable interest rates, escrow requirements, collection costs, or similar matters--directly to the following creditors holding claims secured by a mortgage on the debtor's real property:

Creditor: __Nationstar Mortgage LLC__ , monthly payment, $ __1,325.13__

**Section D.**
*Payments by debtor to the trustee; plan term and completion*

1. *Initial plan term.* The debtor will pay to the trustee $ __350.00__ monthly for __12__ months [and __$2,015.00 per month for 48 months__], for total payments, during the initial plan term, of $ __100,920.00__ . [Enter this amount on Line 1 of Section H.]

2. *Adjustments to initial term.* If the amount paid by the debtor to the trustee during the initial plan term does not permit payment of general unsecured claims as specified in Paragraphs 8 and 9 of Section E, then the debtor shall make additional monthly payments, during the maximum plan term allowed by law, sufficient to permit the specified payments.

3. *Plan completion.* ☑ The plan will conclude before the end of the initial term, as adjusted by Paragraph 2, only at such time as all allowed claims are paid in full, with any interest required by the plan /or/
☐ The plan will conclude before the end of the initial term at any time that the debtor pays to the trustee the full amounts specified in Paragraphs 1 and 2.

**Section E.**
*Disbursements by the trustee*

The trustee shall disburse payments received from the debtor under this plan as follows:

1. *Trustee's fees.* Payable monthly, as authorized; estimated at __5.00__% of plan payments; and during the initial plan term, totaling $ __5,046.00__ . [Enter this amount on Line 2a of Section H.]

2. *Current mortgage payments.* Payable according to the terms of the mortgage, as set forth below, beginning with the first payment due after the filing of the case. Each of these payments shall be increased or decreased by the trustee as necessary to reflect changes in variable interest rates, escrow requirements, or similar matters; the trustee shall make the change in payments as soon as practicable after receipt of a notice of the change issued by the mortgage holder, but no later than 14 days after such receipt. The trustee shall notify the debtor of any such change at least 7 days before putting the change into effect. Any current mortgage payment made by the debtor directly to the mortgagee shall be deducted from the amounts due to be paid to the trustee under this plan.

**-NONE-**

The total of all current mortgage payments to be made by the trustee under the plan is estimated to be $ __0.00__ . [Enter this amount on Line 2b of Section H.]

3.1. *Other secured claims secured by value in collateral.* All secured claims, other than mortgage claims treated above and claims treated in Paragraph 3.2, are to be paid in full during the plan term, with interest at an annual percentage rates and in the fixed monthly amounts specified below regardless of contrary proofs of claim (subject to reduction with the consent of the creditor):

**-NONE-**

[All claims in the debtor's Schedule D, other than mortgages treated above and claims for which the collateral has no value, must be listed in this paragraph.]

The total of all payments on these secured claims, including interest, is estimated to be $ __0.00__ . [Enter this amount on Line 2c of Section H.]

3.2 *Other secured claims treated as unsecured.* The following claims are secured by collateral that either has no value or that is fully encumbered by liens with higher priority. No payment will be made on these claims on account of their secured status, but to the extent that the claims are allowed, they will be paid as unsecured claims, pursuant to Paragraphs 6 and 8 of this section.
**-NONE-**

4. *Priority claims of debtor's attorney*. Payable in amounts allowed by court order. The total claim of debtor's attorney is estimated to be $ __1,220.00__ . [Enter this amount on Line 2d of Section H.]

5. *Mortgage arrears*. Payable as set forth below, regardless of contrary proofs of claim, except that the arrears payable may be reduced either with the consent of the mortgagee or by court order, entered on motion of the debtor with notice to the trustee and the mortgagee. Any such reduction shall be effective 14 days after either the trustee's receipt of a notice of reduction consented to by the mortgagee or the entry of a court order reducing the arrearage.

(a) To creditor __Nationstar Mortgage LLC__ , arrears of $ __47,258.50__ , payable monthly from available funds, pro rata with other mortgage arrears,
☑ without interest /or/ ☐ with interest at an annual percentage rate of _____ %.
These arrearage payments, over the term of the plan, are estimated to total $ __47,258.50__ .

6. *Allowed priority claims other than those of the debtor's attorney*. Payable in full, without interest, on a pro rata basis. The total of all payments on non-attorney priority claims to be made by the trustee under the plan is estimated to be $ __0.00__ . [Enter this amount on Line 2f of Section H.] Any claim for which the proof of claim asserts both secured and priority status, but which is not identified as secured in Paragraphs 2, 3.1, or 3.2 of this section, will be treated under this paragraph to the extent that the claim is allowed as priority claim.

7. *Specially classified unsecured claim*. A special class consisting of the following non-priority unsecured claim:__-NONE-__ shall be paid at __N/A__ % of the allowed amount. The total of all payments to this special class is estimated to be $__N/A__ . [Enter this amount on Line 2g of Section H.]

Reason for the special class: __N/A__ .

8. *General unsecured claims (GUCs)*. All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, ☑ in full, /or/ ☐ to the extent possible from the payments set out in Section D, but not less than __N/A__ % of their allowed amount. [Enter minimum payment percentage on Line 4b of Section H.] Any claim for which the proof of claim asserts secured status, but which is not identified as secured in section C, or Paragraphs 2, 3.1, 3.2 or 5 of this section, will be treated under this paragraph to the extent that the claim is allowed without priority.

9. *Interest*. ☑ Interest shall not be paid on unsecured claims /or/ ☐ interest shall be paid on unsecured claims, including priority and specially classified claims, at an annual percentage rate of ___N/A___% [Complete Line 4d of Section H to reflect interest payable.]

**Section F.**
*Priority*

The trustee shall pay the amounts specified in Section E of this Plan in the following order of priority, with claims in a given level of priority reduced proportionately in the event of insufficient plan payments: (1) trustee's fee; (2) current mortgage payments; (3) secured claims listed in Section E, Paragraph 3.1; (4) priority claims of the debtor's attorney; (5) mortgage arrears; (6) priority claims other than those of the debtor's attorney; (7) specially classified non-priority unsecured claims; and (8) general unsecured claims.

**Section G.**
*Special terms*

Notwithstanding anything to the contrary set forth above, this Plan shall include the provisions set forth in the box following the signatures. The provisions will not be effective unless there is a check in the notice box preceding Section A.

**Section H.**
*Summary of payments to and from the trustee*

(1) Total payments from the debtor to the Chapter 13 trustee (subject to Paragraph 2 of Section D)    $ __100,920.00__

(2) Estimated disbursements by the trustee for non-GUCs (general unsecured claims):
  (a) Trustee's fees    $ __5,046.00__
  (b) Current mortgage payments    $ __0.00__
  (c) Payments of other allowed secured claims    $ __0.00__
  (d) Priority payments to debtor's attorney    $ __1,220.00__
  (e) Payments of mortgage arrears    $ __47,258.50__
  (f) Payments of non-attorney priority claims    $ __0.00__
  (g) Payments of specially classified unsecured claims    $ __0.00__
  (h) Total *[add Lines 2a through 2g]*    $ __53,524.50__

(3) Estimated payments available for GUCs and interest during initial plan term *[subtract Line 2h from Line 1]*    $ __47,395.50__

(4) Estimated payments required after initial plan term:
  (a) Estimated total GUCs, including unsecured deficiency claims under § 506(a)    $ __47,231.00__
  (b) Minimum GUC payment percentage    __100__ %
  (c) Estimated minimum GUC payment *[multiply line 4a by line 4b]*    $ __47,231.00__
  (d) Estimated interest payments on unsecured claims    $ __0.00__
  (e) Total of GUC and interest payments *[add Lines 4c and 4d]*    $ __47,231.00__
  (f) Payments available during initial term *[enter Line 3]*    $ __47,395.50__
  (g) Additional payments required *[subtract Line 4f from Line 4e]*    $ __-164.50__

(5) Additional payments available:
  (a) Debtor's monthly payment less trustee's fees and current mortgage payments made by the trustee    $ __N/A__
  (b) Months in maximum plan term after initial term    __N/A__
  (c) Payments available *[multiply line 5a by line 5b]*    $ __N/A__

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---|
| **Section I.** *Payroll Control* | ☐ A check in this box indicates that the debtor consents to immediate entry of an order directing the debtor's employer to deduct from the debtor's wages the amount specified in Paragraph 1 of Section D and to pay that amount to the trustee on the debtor's behalf. If this is a joint case, details of the deductions from each spouse's wages are set out in Section G. |

**Signatures**  **Debtor(s) [Sign only if not represented by an attorney]**

_____   _____   Date _____

**Debtor's Attorney**   /s/ Charles L. Magerski   Date   January 14, 2016

*Attorney Information (name, address, telephone, etc.)*

> **Charles L. Magerski**
> **Sulaiman Law Group, Ltd.**
> **900 Jorie Boulevard**
> **Suite 150**
> **Oak Brook, IL 60523**
> **630-575-8181**
> **Fax: 630-575-8188**

**Special Terms** *[as provided in Paragraph G]*

> **1. Debtor shall make direct payments to Westlake Financial Services for 2002 Lexus GS 430 Sedan 4D with 180,000 Miles. Westlake Financial Services is authorized to send monthly statements directly to the Debtor.**
>
> **2. Unsecured claims filed after the claim bar date shall not be paid by the Chapter 13 Trustee.**
>
> **3. In addition to making the regular plan payments required under section D1, Debtor shall submit the net non exempt proceeds of Debtor's cause of action listed on Schedule B, Line 21 to the trustee within five days of receipt. Said proceeds is expected to pay off the Debtor's case in full.**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 15-30220-BWB
Bobby D. Brown                                                    Chapter 13
              Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt               Page 1 of 3                  Date Rcvd: Jan 15, 2016
                              Form ID: pdf003             Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2016.
db            +Bobby D. Brown,    1817 Silver Ridge Drive,    Plainfield, IL 60586-2903
23673432      +ATG Credit,    1700 W Cortland Street Suite 2,     Chicago, IL 60622-1166
23673427      +Adventist Bolingbrook Hospital,    500 Remington Boulevard,    Bolingbrook, IL 60440-4988
23673428      +Adventist Bolingbrook Hospital,    75 Remittance Drive, Suite 6097,    Chicago, IL 60675-6097
23673429      +Adventist Health Partners,    2001 Butterfield Road, Suite 920,    Downers Grove, IL 60515-5473
23731769      +Adventist Midwest Health,    Pob 9246,   Oak Brook, IL 60522-9246
23673431      +Arnold Harris,    111 West Jackson Boulevard,    Chicago, IL 60604-4135
23673435      +Brian Ebener,    Judge & Knight, Ltd,    422 N. Norhtwest Highway,    Park Ridge, IL 60068-3283
23673440      +CDA,   Attn:Bankruptcy,    Po Box 213,   Streator, IL 61364-0213
23673437      +Capital One,    Po Box 30253,   Salt Lake City, UT 84130-0253
23673439      +Capital One, N.A.,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
23673441      +Comcast,    2001 York Road,   Oak Brook, IL 60523-1973
23673443      +Credit Management,    Attn: Bankruptcy Department,    Po Box 118288,    Carrollton, TX 75011-8288
23706152      +Creditors Discount And Audit Co,    Pob 213,   Streator, IL 61364-0213
23673452      +DMG Surgical Center, LLC,    1593 Paysphere Circle,    Chicago, IL 60674-0015
23673451      +Department Of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
23673450      +Department of Education,    FedLoan Servicing,    PO Box 69184,   Harrisburg, PA 17106-9184
23673448      +Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
23673447      +Department of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
23673455      +DuPage Medical Group,    1100 West 31st Street,    Downers Grove, IL 60515-5509
23673453       DuPage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0159
23673454      +Dupage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0018
23673456      +Dupage Medical Group,    2940 Rolling Ridge Road,    Naperville, IL 60564-4235
23673457      +Edward Hospital,    Po Box 5995,   Peoria, IL 61601-5995
23673460       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23673461      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23673462      +Family Health Center,    13550 Route 30, Suite 100,    Plainfield, IL 60544-5686
23673463      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
23673464      +First Savings Bank,    500 E 60th Street N,    Sioux Falls, SD 57104-0478
23673466      +HSBC Bank,    P.O Box 5253,   Carol Stream, IL 60197-5253
23673467      +ICS,    Illinois Collection Service,    Po Box 1010,    Tinley Park, IL 60477-9110
23673468      +IL Dept of Health and Family Services,    1570 1st Avenue,    Ottawa, IL 61350-4823
23673469      +Illinois Department of Healthcare &,    Family Services-Divison of Child Support,
                509 South 6th, 4th Floor,    Springfield, IL 62701-1809
23673470      +Illinois Department of Human Services,    PO Box 19407,    Springfield, IL 62794-9407
23673471      +JLH Land Surveing Inc,    7222 Courtwright Drive,    Plainfield, IL 60586-5802
23673472     #+M&M Orthopaedics,    4300 Commerce Court,    Suite 230,   Lisle, IL 60532-3698
23707915      +MOHELA/Dept of Ed,    633 Spirit Dr,   Chesterfield MO 63005-1243
23673473      +Manley Deas Kochalski LLC,    One East Wacker,    Suite 1250,   Chicago, IL 60601-1980
23673474      +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 400,   Chicago, IL 60606-6974
23673476      +Mitsubishi Motors,    Po Box 991817,    Mobile, AL 36691-8817
23673477      +NAPERVILLE RADIOLOGISTS S C,    801 S Washington Street,    Naperville, IL 60540-7430
23673478     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Drive,   Lewisville, TX 75067)
23885428      +Nationstar Mortgage LLC,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
                Burr Ridge, IL 60527-6921
23673480      +Nationwide Credit & Co,    815 Commerce Drive Suite 270,    Oak Brook, IL 60523-8852
23891735      +Natonstar Mortgage LLC,    Codilis & Associates P C,    15W030 N Frontage Rd suite 100,
                Burr Ridge, IL 60527-6921
23673481      +Parkview Orthopaedic Gourp, S.C.,    7600 West College Drive,    Palos Heights, IL 60463-1066
23673482      +Physicians Immediate Care,    Po Box 544,    Dept 5390,   Milwaukee, WI 53201-0544
23673483      +Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,   Hopkins, MN 55343-0640
24060182      +Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
23673486      +State Farm Bank, FSB,    Attn: BCC Bankruptcy,    PO Box 2328,   Bloomington, IL 61702-2328
23673487      +State Farm Financial Services,    PO Box 3299,    Milwaukee, WI 53201-3299
23673488       State Farm Fire and Casulty,    1 State Farm Plaza,    Bloomington, IL 61701
24072162      +State Farm Mutual Automobile Insurance Company,     c/o Yudkin & Brebner, PLLC,
                860 S. Northpoint Blvd,    Waukegan, IL 60085-8211
23673489      +Stellar Recovery Inc,    4500 Salisbury Road Suite 10,    Jacksonville, FL 32216-8035
23673490      +Stellar Recovery, Inc,    1327 Highway 2 West,    Suite 100,   Kalispell, MT 59901-3413
23673491      +The Center for Surgery,    475 E Diehl Road,    Naperville, IL 60563-1353
23673492      +Trans Union LLC,    P.O. Box 2000,    Chester, PA 19022-2000
23673493      +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
23673495      +US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
23673496      +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
                Washington, DC 20208-0003
23673494      +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                Washington, DC 20202-0031
23673497      +Valley Imaging Consultants,    2000 Ogden Avenue,    Aurora, IL 60504-7222
23673498      +Valley Imaging Consultants LLC,    6910 S. Madison Street,    Willowbrook, IL 60527-5504
23673499      +Verizon Wireless,    1 Verizon Place,    Alpharetta, GA 30004-8510
23673500      +Village of Plainfield Police Department,    14300 S. Coil Plus Drive,
                Plainfield, IL 60544-7704
23673502      +Will County Clerk,    302 N. Chicago Street,    Joliet, IL 60432-4078
```

```
District/off: 0752-1         User: dpruitt            Page 2 of 3            Date Rcvd: Jan 15, 2016
                             Form ID: pdf003          Total Noticed: 84


23673503       +Yudlm,   PO Box 320,    Waukegan, IL 60079-0320
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23673434       +E-mail/Text: mmeyers@blittandgaines.com Jan 16 2016 00:57:05      Blitt & Gaines, P.C.,
                 661 W. Glenn Avenue,    Wheeling, IL 60090-6017
23673436       +E-mail/Text: bankruptcy@cavps.com Jan 16 2016 00:56:23      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Drive Suite 400,
                 Valhalla, NY 10595-1340
23673438       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 16 2016 00:58:21      Capital One, N.A. *,
                 c/o American Infosource,    P.O Box 54529,   Oklahoma City, OK 73154-1529
23833127       +E-mail/Text: bankruptcy@cavps.com Jan 16 2016 00:56:23      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
23673442       +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Jan 16 2016 00:56:42       Comcast,
                 One Comcast Center,    Philadelphia, PA 19103-2899
23673444       +E-mail/Text: clerical.department@yahoo.com Jan 16 2016 00:55:08      Creditors Collection Bureau,
                 755 Almar Parkway,    Bourbonnais, IL 60914-2393
23673446       +E-mail/Text: aquist@creditorsprotection.com Jan 16 2016 00:57:09      Creditors Protection,
                 Po Box 4115,   Rockford, IL 61110-0615
23840500       +E-mail/Text: aquist@creditorsprotection.com Jan 16 2016 00:57:09
                 Creditors’ Protection Service, Inc.,    PO Box 4115,   Rockford, IL 61110-0615
23673449       +E-mail/Text: electronicbkydocs@nelnet.net Jan 16 2016 00:56:06      Department of Education,
                 121 S. 13th Street,    Lincoln, NE 68508-1904
23673458       +E-mail/Text: bankruptcy@edward.org Jan 16 2016 00:56:30      Edward Hospital,
                 801 South Washington Street,    Naperville, IL 60540-7499
23673459        E-mail/Text: bankruptcy@edward.org Jan 16 2016 00:56:30      Edward Hospital,   PO Box 4207,
                 Carol Stream, IL 60197-4207
23673465       +E-mail/Text: lossmitigation@hbtbank.com Jan 16 2016 00:55:34      Heartland Bank,
                 Heartland Bank & Trust Company,    Po Box 67,   Bloomington, IL 61702-0067
23744893       +E-mail/Text: BKRMailOps@weltman.com Jan 16 2016 00:56:07
                 MItsubishi Motor Credit of America,,    Its Successor and Assigns,
                 c/o Weltman Weinberg & Reis,,    323 W Lakeside Avenue,   Cleveland Oh 44113-1085
23673484        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2016 00:58:00
                 Portfolio Recovery Associates,    120 Corporate Boulevard Suite 1,    Norfolk, VA 23502
23849735        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2016 00:58:00
                 Portfolio Recovery Associates, LLC,    Successor to CAPITAL ONE BANK (USA) N.A.,    POB 41067,
                 Norfolk, VA 23541
23992768       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 16 2016 00:56:19      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999,
                 Orig By: Premier Bankcard Mc
23673501       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 16 2016 00:56:01
                 Westlake Financial Services,    4751 Wilshire Boulevard, Suite 100,
                 Los Angeles, CA 90010-3847
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23673430        Adventist Health Partners,    PO Box 7001
23673445*      +Creditors Collection Bureau, Inc.,    755 Almar Parkway,   Bourbonnais, IL 60914-2393
23673475*      +Merchants Credit Guide,    223 W. Jackson Blvd.,   Suite 400,   Chicago, IL 60606-6974
23673479*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy,   350 Highland Drive,
                 Lewisville, TX 75067)
23673485*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502)
23673433      ##+Baker Miller Markoff & Krasny LLC,    David Miller,   29 N Wacker Drive, 5th Floor,
                 Chicago, IL 60606-3227
                                                                                    TOTALS: 1, * 4, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dpruitt              Page 3 of 3               Date Rcvd: Jan 15, 2016
                              Form ID: pdf003            Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2016 at the address(es) listed below:
              Charles L. Magerski    on behalf of Debtor 1 Bobby D. Brown Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Gerald   Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    Nationstar Mortgage LLC ND-Two@il.cslegal.com
                                                                                             TOTAL: 5
```